E-FILED
Thursday, 29 December, 2022  10:48:16 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| STATE OF ILLINOIS, and | ) | |
| STATE OF CALIFORNIA, | ) | |
| *ex rel.* LEAH SHEFFER, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 21-cv-3092 |
| | ) | |
| VIBRA HEALTHCARE, LLC, and | ) | |
| VIBRA HOSPITAL OF | ) | |
| SPRINGFIELD, LLC, | ) | |
| | ) | |
| Defendants. | ) | |

## JOINT NOTICE OF ELECTION TO DECLINE INTERVENTION

Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), the United States notifies the Court of its decision not to intervene in this action. In addition, the Illinois Attorney General's Office and the California Department of Insurance notify the Court that Illinois and California decline to intervene in the Relator's claims arising under Illinois and California laws.

Although the United States declines to intervene, it respectfully refers the Court to 31 U.S.C. § 3730(b)(1), which allows

1

the relator to maintain the action in the name of the United States;

providing, however, that the "action may be dismissed only if the

court and the Attorney General give written consent to the

dismissal and their reasons for consenting."  *Id.*  Therefore, the

United States requests that, should either the Relator or the

Defendants propose that this action be dismissed, settled, or

otherwise discontinued, this Court solicit the written consent of the

United States before ruling or granting its approval.

Furthermore, pursuant to 31 U.S.C. § 3730(c)(3), the United

States requests that all pleadings filed in this action be served upon

the United States.  The United States also requests that orders

issued by the Court be sent to the United States' counsel.  The

United States reserves its right to order any deposition transcripts,

to intervene in this action, for good cause, at a later date, and to

seek the dismissal of the Relator's action or claim.  The United

States also requests that it be served with all notices of appeal.

The United States further requests that the Relator's

Complaint, this Notice, and the attached proposed Order be

2

unsealed.   The United States requests that all other papers on file in this action remain under seal because in discussing the content and extent of the United States' investigation, such papers are provided by law to the Court alone for the sole purpose of evaluating whether the seal and time for making an election to intervene should be extended.

A proposed order accompanies this notice.

Dated:    December 27, 2022    Respectfully submitted,

GREGORY K. HARRIS
UNITED STATES ATTORNEY

By:    /s/ John D. Hoelzer_____
John D. Hoelzer, IL Bar #6295098
Assistant United States Attorney
United States Attorney's Office
318 South Sixth Street
Springfield, IL 62701
Telephone: (217) 492-4450
Email: john.hoelzer@usdoj.gov

THE STATE OF ILLINOIS:

BY: ___/s/ Aaron P. Wenzloff_____
AARON P. WENZLOFF
Senior Assistant Attorney General
Special Litigation Bureau
Office of the Illinois Attorney General
100 West Randolph Street, 11th Floor
Chicago, IL 60601
(312) 814-3000
aaron.wenzloff@ilag.gov

CALIFORNIA DEPARTMENT OF INSURANCE

/s/ Nathaniel Spencer-Mork
NATHANIEL SPENCER-MORK (CA. #  226886)
Counsel
*Attorney for California Insurance Commissioner Ricardo Lara*

4

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| STATE OF ILLINOIS, and | ) | |
| STATE OF CALIFORNIA, | ) | |
| *ex rel.* LEAH SHEFFER, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 21-cv-3092 |
| | ) | |
| VIBRA HEALTHCARE, LLC, and | ) | |
| VIBRA HOSPITAL OF | ) | |
| SPRINGFIELD, LLC, | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

The United States having declined to intervene in this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), and the State of Illinois and State of California having declined to intervene in the state law claims, the Court rules as follows:

IT IS ORDERED that,

1.   the Complaint be unsealed and served upon the Defendants by the Relator;

2.   all other contents of the Court's file in this action remain under seal and not be made public or served upon the Defendants,

except for this Order and the Notice of Election to Decline Intervention, which the Relator will serve upon the Defendants only after service of the Complaint;

3.  the seal be lifted as to all other matters occurring in this action after the date of this Order;

4.  the parties shall serve all pleadings and motions filed in this action, including supporting memoranda, upon the United States as provided for in 31 U.S.C. § 3730(c)(3).  The United States may order any deposition transcripts and is entitled to intervene in this action, for good cause, at any time;

5.  the parties shall serve all notices of appeal upon the United States;

6.  all orders of this Court shall be sent to the United States; and

7.  should the Relator or the Defendants propose that this action be dismissed, settled, or otherwise discontinued, the Court will solicit the written consent of the United States before ruling or granting its approval.

IT IS SO ORDERED.

Dated: _____

_____
UNITED STATES DISTRICT JUDGE