IN THE UNITED STATES DISTRICT COURT FOR THE
CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, the STATE OF ILLINOIS, and the STATE OF CALIFORNIA, ex rel. LEAH SHEFFER, | ) ) ) ) | FILED UNDER SEAL |
| Plaintiffs, | ) ) | Case No. 21-cv-3092 |
| v. | ) ) | JURY TRIAL DEMANDED |
| VIBRA HEALTHCARE, LLC, AND VIBRA HOSPITAL OF SPRINGFIELD, LLC, | ) ) ) | |
| Defendants. | | |

## MOTION TO WITHDRAW SCOTT RAUSCHER
## AND LOEVY & LOEVY AS COUNSEL

Attorney Scott Rauscher of Loevy & Loevy moves the court for leave to withdraw as counsel for Relator Leah Sheffer, stating as follows:

1. I represent Relator Leah Sheffer in this matter. Although the case remains under seal, the government has indicated that it has declined to intervene in the lawsuit.

2. I am seeking to withdraw as attorney of record for Relator.

3. Prior to filing this motion to withdraw, we provided Relator with a draft of this motion by email at the last known email address we have on file for Relator.

4. Because the case remains under seal, the Court's unsealing of it will trigger the 90-day service window, providing Relator with time to seek new counsel if she so chooses.

WHEREFORE, Scott Rauscher and Loevy & Loevy respectfully request this Court to grant leave to withdraw Mr. Rauscher's appearance in this case.

Respectfully submitted,
/s/ Scott Rauscher
*Counsel for Relator*

## <u>CERTIFICATE OF SERVICE</u>

I, Scott Rauscher, an attorney, hereby certify that on December 6, 2023, I caused the foregoing motion to be filed through the Court's CM/ECF system, which effectuated service on all counsel of record. A copy has been emailed to Realtor.

<u>/s/ Scott Rauscher</u>
*Counsel for Relator*