IN THE UNITED STATES DISTRICT COURT FOR THE
CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, the STATE OF ILLINOIS, and the STATE OF CALIFORNIA, ex rel. LEAH SHEFFER, | ) ) ) ) | FILED UNDER SEAL |
| Plaintiffs, | ) ) | Case No. 21-cv-3092 |
| v. | ) ) ) | JURY TRIAL DEMANDED |
| VIBRA HEALTHCARE, LLC, AND VIBRA HOSPITAL OF SPRINGFIELD, LLC, | ) ) ) | |
| Defendants. | | |

**RENEWED MOTION TO WITHDRAW SCOTT RAUSCHER
AND LOEVY & LOEVY AS COUNSEL**

Attorney Scott Rauscher of Loevy & Loevy files this renewed motion for leave to withdraw as counsel for Relator Leah Sheffer, stating as follows:

1.     I represent Relator Leah Sheffer in this matter. Although the case remains under seal, the government has indicated that it has declined to intervene in the lawsuit.

2.     I am seeking to withdraw as attorney of record for Relator.

3.     As described in the declaration attached hereto as Exhibit 1, withdrawal is warranted under Illinois Rule of Professional Conduct 1.16.

4.     Prior to filing this motion to withdraw, I provided Relator with a draft of this motion by email at the last known email addresses we have on file for Relator.

5.     Prior to filing this motion, I also provided a copy to counsel for the United States, and they have indicated that they do not oppose the motion. However, the United States stands on its previously filed Statement of Interest (ECF #12) and proposes that the Court admonish relator that failure to obtain new counsel within 60 days will result in dismissal of this case without prejudice to the United States.

2

6.      Finally, it appears that the Court entered an order on November 17, 2023, directing that, among other things, the Complaint be unsealed and served on Defendants. (ECF #10). The parties did not receive this order until January 5, 2024. If the Court grants counsel's motion to withdraw, counsel respectfully requests that the Court stay the service requirement during the relator's pro se status. The United States has indicated that it does not object to this request subject to its request regarding relator's need to obtain new counsel discussed in paragraph 5, above.

WHEREFORE, Scott Rauscher and Loevy & Loevy respectfully request this Court to grant leave to withdraw Mr. Rauscher's appearance in this case.

Respectfully submitted,

/s/ Scott Rauscher
*Counsel for Relator*

2