IN THE UNITED STATES DISTRICT COURT FOR THE
CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, the STATE OF ILLINOIS, and the STATE OF CALIFORNIA, ex rel. LEAH SHEFFER, | ) ) ) ) | FILED UNDER SEAL |
| Plaintiffs, | ) ) | Case No. 21-cv-3092 |
| v. | ) ) | JURY TRIAL DEMANDED |
| VIBRA HEALTHCARE, LLC, AND VIBRA HOSPITAL OF SPRINGFIELD, LLC, | ) ) ) | |
| Defendants. | ) | |

**MOTION FOR LEAVE TO FILE DECLARATION UNDER SEAL AND EX PARTE**

Pursuant to Local Rule 5.10, attorney Scott Rauscher of Loevy & Loevy files this motion for leave to file his declaration in support of his renewed motion for leave to withdraw as counsel for Relator Leah Sheffer under seal and ex parte, stating as follows:

1. I represent Relator Leah Sheffer in this matter.

2. I have prepared a declaration in support of my renewed motion for leave to withdraw as attorney of record in this case.

3. The declaration describes why withdrawal is appropriate pursuant to Illinois Rule of Professional Conduct 1.16.

4. In line with Illinois Rule of Professional Conduct 1.6, counsel seeks leave to file the declaration under seal to limit the disclosure of the information contained in the declaration.

5. Counsel has conferred with counsel for the United States, which has indicated that they do not oppose the request to file the declaration under seal and on an ex parte basis.

WHEREFORE, Scott Rauscher and Loevy & Loevy respectfully request leave to file the declaration of Scott Rauscher under seal and ex parte.

Respectfully submitted,

/s/ Scott Rauscher
*Counsel for Relator*