Judgment in a Civil Case (02/11)

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| | |
|---|---|
| **United States of America,** **State of Illinois,** **State of California,** *ex rel.* **Leah Sheffer,**    ) <br> ) <br> **Plaintiff,**    ) <br> ) <br>       **vs.**    ) <br> ) <br> **Vibra Healthcare, LLC,**    ) <br> **Vibra Hospital of Springfield, LLC,**    ) <br> ) <br>       **Defendant.**    ) | **Case Number: 21-cv-3092** |

## JUDGMENT IN A CIVIL CASE

☐ **JURY VERDICT.**   This action came before the Court for a trial by jury.   The issues have been tried and the jury has rendered its verdict.

☒ **DECISION BY THE COURT.**   This action came before the Court, and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** This action is dismissed with prejudice as to Relator Leah Sheffer and dismissed without prejudice as to Plaintiffs United States of America, State of Illinois, and State of California.

**Dated: June 3, 2024**

s/ Shig Yasunaga
Shig Yasunaga
Clerk, U.S. District Court